IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
SISLYN DYKE

Plaintiff,
vs.                                    **Rule 7.1 Statement**

WALMART STORES, INC.
JOHN DOE 1-10, XYZ, INC 1-10 :
ten names being fictitious and
unknown to the plaintiff, the person
or parties intended being the persons
or parties, if any,
Defendants
-------------------------------------X

ROBINSON

07 CIV. 3856

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Sislyn Dyke (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A

Dated: Spring Valley, New York
May __, 2007                    _____/s/_____
                                Shmuel Klein (SK 7212) Fed Court Only
                                Law Office of Shmuel Klein, PC
                                Attorneys for Plaintiff
                                268 ROUTE 59
                                Spring Valley, NY  10977
                                (845) 425-2510

