# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

Purchased/Filed: May 17, 2007

State of New York     U. S. District Court     Southern Dist. County

Sislyn Dyke

Plaintiff

against

Wal-Mart Stores, Inc.

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Weight: 155 Lbs    Height: 5'5    Sex: Female    Color of skin: White    Approx. Age: 45 yrs

Hair color: Blonde    Other:

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on May 21, 2007, at 1:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons and Complaint on Wal-Mart Stores, Inc., the Defendant in this action, by delivering to and leaving with Donna Christie AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

21st day of May, 2007

FAITH CORBY
NOTARY PUBLIC, State of New York
No. 01CO6138874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice-Work Order # 0710372