IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X   No. 07 Civ 3856(SCR)
SISLYN DYKE

Plaintiff,   RULE 7.1 DISCLOSURE STATEMENT
vs.

WALMART STORES, INC.,
JOHN DOE 1-10, XYZ, INC. 1-10:
ten names being fictitious and
unknown to the plaintiff, the person
or parties intended being the persons
or parties, if any,
Defendant
---------------------------------------------X


**WAL-MART STORES EAST, L.P. i/s/h/a WALMART STORES, INC.'S FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule 7.1, the undersigned counsel for defendant WAL-MART STORES EAST, L.P. i/s/h/a WALMART STORES, INC., a non-governmental corporate party, certifies that the following are corporate parents, affiliates and/or subsidiaries of WAL-MART STORES EAST, L.P. which are publicly held:

WAL-MART STORES, INC.

WAL-MART DE MEXICO

SEIYU

Dated: New York, New York
       June 13, 2007

_____
Vincent P. Pozzuto (VP 7168)

TO: Shmuel Klein (SK7212)
    Law Office of Shmuel Klein, PC
    Attorneys for Plaintiff
    268 ROUTE 59
    Spring Valley, NY 10977
    845.425.2510

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 13th day of June, 2007, a true and correct copy of the foregoing Rule 7.1 Disclosure Statement has been sent via Federal Express to:

Shmuel Klein (SK7212)
Law Office of Shmuel Klein, PC
Attorneys for Plaintiff
268 ROUTE 59
Spring Valley, NY 10977
845.425.2510

                                                                   _____
                                                                     VINCENT P. POZZUTO (VP 7168)

NEWYORK_DOWNTOWN\238621\1  099994.000