UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

Sislyn Dyke

              Plaintiff(s),

     - against -

Wal-Mart Stores, Inc.

              Defendant(s).

----------------------------------------------------------x

### CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER

07 Civ. 3856 (SCR)

     The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure. (Note: all proposed dates should be for weekdays only)

The case (is) (is not) to be tried to a jury.

Joinder of additional parties must be accomplished by _____ 8/13/07 _____.

Amended pleadings may be filed until _____ 8/13/02 _____.

### Discovery:

1. Interrogatories are to be served by all counsel no later than _____ 8/13/09 _____, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply to this case.

2. First request for production of documents, if any, to be served no later than _____ 8/13/07 _____.

3. Depositions to be completed by _____ 10/17/07 _____.

    a.  Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

    b.  Depositions shall proceed concurrently.

    c.  Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

4.    Any further interrogatories, including expert interrogatories, to be served no later than _____ 12/13/07 _____.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____