# Law Office of Shmuel Klein, PC
Attorneys and Counselors at Law

| | | |
|---|---|---|
| 268 West Route 59<br>Spring Valley, NY 10977<br>845-425-2510<br>Federal Court Only<br>E-mail-shmuel.klein@verizon.net |  | 113 Cedarhill Ave.<br>Mahwah, NJ 07430<br>201-529-3411<br>State & Federal Court |

July 30 2007

Hon. Stephen C. Robinson
U.S. District Court
300 Quarropas St.
White Plains, NY 10601



    Re: Sislyn Dyke v. Wal Mart et al
    Case #. 07-cv-3856

Honorable Judge Robinson,

    It is respectfully requested that you endorse this letter, allowing Plaintiff to amend its complaint to include Cott Beverages Inc., as a defendant and that you notify that the clerk issue a supplemental summons in the above referenced case.

    Enclosed please find Defendant's counsel's letter of no objection to Plaintiff amending its complaint.

Respectfully,

Shmuel Klein/za

Enclosure
cc: Vincent P. Pazzuto

*Plaintiff may File an ~~amended~~ amended complaint.*

**APPLICATION GRANTED**

HON. STEPHEN C. ROBINSION
8/6/07

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```