IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------X            No. 07 Civ 3856(SCR)
SISLYN DYKE

Plaintiff,                                                              RULE 7.1 DISCLOSURE STATEMENT
vs.

WALMART STORES, INC.,
COTT BEVERAGES INC.,
JOHN DOE 1-10, XYZ, INC. 1-10:
ten names being fictitious and
unknown to the plaintiff, the person
or parties intended being the persons
or parties, if any,
Defendant
----------------------------------------------X

## COTT BEVERAGES INC.'S FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule 7.1, the undersigned counsel for defendant COTT BEVERAGES INC., a non-governmental corporate party, certifies that the following is a corporate parent, affiliate and/or subsidiary of COTT BEVERAGES INC. which is publicly held:

COTT CORPORATION

Dated:  New York, New York
            September 6, 2007

_____
Vincent P. Pozzuto (VP 7168)

TO:  Shmuel Klein (SK7212)
        Law Office of Shmuel Klein, PC
        Attorneys for Plaintiff
        268 ROUTE 59
        Spring Valley, NY 10977
        845.425.2510

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 6th day of September, 2007 a true and correct copy of the foregoing Rule 7.1 Disclosure Statement has been sent via regular mail to:

Shmuel Klein (SK7212)
Law Office of Shmuel Klein, PC
Attorneys for Plaintiff
268 ROUTE 59
Spring Valley, NY 10977
845.425.2510

                                                  _____
                                                  VINCENT P. POZZUTO (VP 7168)

NEWYORK_DOWNTOWN\253252\1  099994.000