UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SISLYN DYKE,

                Plaintiff(s),

                **SCHEDULING ORDER**

     -against-                   07 Cv. 3856 (CLB) (MDF)

WALMART STORES, INC., et al.,

                Defendant(s).
-------------------------------------------------------X
Brieant, J.

      The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 25, 2007 at 10:30 A.M.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                          _Charles L. Brieant_
                                          Charles L. Brieant, U.S.D.J.