# COSTELLO, SHEA & GAFFNEY LLP
## ATTORNEYS-AT-LAW

MEMBERS OF THE FIRM

FREDERICK N. GAFFNEY
JOSEPH M. COSTELLO
STEVEN E. GARRY
PAUL E. BLUTMAN
WILLIAM A. GOLDSTEIN*
ALAN T. BLUTMAN
MARGARET S. O'CONNELL
DAVID N. ZANE
PATRICK G. REIDY**
MICHAEL J. MORRIS

44 WALL STREET
NEW YORK, NEW YORK 10005
(212) 483-9600
FAX (212) 344-7680

NASSAU COUNTY OFFICE
100 MERRICK ROAD
EAST BUILDING
ROCKVILLE CENTRE, N.Y. 11570
TEL (516) 764-9090
FAX (516) 764-9104

SUFFOLK COUNTY OFFICE
GRIFFING AVENUE BUILDING
80 WEST MAIN STREET
RIVERHEAD, N.Y. 11901
TEL (631) 369-3303

NEW JERSEY OFFICE
850 U.S. HIGHWAY ROUTE 1
NORTH BRUNSWICK, N.J. 08902
TEL (732) 745-9144

*ADMITTED TO PRACTICE IN NEW YORK AND NEW JERSEY
**ADMITTED TO PRACTICE IN NEW YORK AND CONNECTICUT

December 5, 2007

**VIA FACSIMILE**
Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*Application Granted*
*So Ordered*
*Dec 11, 2007*     Charles L. Brieant USDJ

Re:  Sislyn Dyke v. Walmart Stores, Inc., Cott Beverages Inc., et al.
     Case No.: 07-03856 (CV)
     Our File No.: 12881

Honorable Judge Brieant:

Please be advised that my law firm, Costello, Shea & Gaffney LLP, is taking over the defense of this matter on behalf of the defendants, Walmart Stores, Inc. and Cott Beverages Inc., from the law office of Cozen, O'Connor. We have just recently received the file from former counsel.

Pursuant to the October 26, 2007 Civil Case Discovery Plan and Scheduling Order, responses to interrogatories were to be served within thirty (30) days from November 9, 2007.

Former counsel for the defendants only provided responses to plaintiff's interrogatories on behalf of defendant, Cott Beverages Inc. Former defense counsel apparently had a conflict in representing Walmart and therefore, responses need to be provided on behalf of Walmart Stores, Inc.

We have forwarded plaintiff's interrogatories to Walmart concerning responses, accordingly.

I have been in contact with plaintiff's counsel who has consented, if acceptable to the court, to allow Walmart to respond to the interrogatories by January 11, 2008.

Furthermore, pursuant to the outstanding Civil Case Discovery Plan and Scheduling Order, we are serving various requests for production of documents on behalf of the defendants prior to December 7, 2007.

COSTELLO, SHEA & GAFFNEY LLP

Honorable Charles L. Brieant
December 5, 2007
Page 2

    Given the fact that we must obtain plaintiff's medical records, which remain outstanding, to assist in evaluating this lawsuit and to proceed with a meaningful deposition, we are requesting that depositions be completed by March 7, 2008. It should be noted that plaintiff's counsel has consented to the aforementioned as well, if acceptable to the court.

    Thank you for your courtesy and consideration. I await hearing from you concerning the above requests.

                            Respectfully yours,

                            COSTELLO, SHEA & GAFFNEY LLP

                            By: _____
                                ALAN T. BLUTMAN

ATB/js

cc:  **VIA FACSIMILE**
    Law Office of Shmuel Klein, P.C.
    268 West Route 59
    Spring Valley, NY 10977