# LAW OFFICE OF SHMUEL KLEIN, PC
ATTORNEYS AND COUNSELORS AT LAW

268 WEST ROUTE 59  
SPRING VALLEY, NY 10977  
845-425-2510  
TELEFAX 845-425-7362  
EMAIL: SHMUEL.KLEIN@VERIZON.NET

113 CEDARHILL AVE.  
MAHWAH, NJ 07430  
201-529-3411  
ADMITTED IN NM*, NJ, NY*, NCTX*  
*FEDERAL COURTS ONLY

December 5, 2007

Frederic Gaffney  
Alan Blutman  
Costello, Shay & Gaffney  
44 Wall Street  
Floor 11  
New York, NY 10005-2401

RE: Sislyn Dyke vs. Walmart Stores, et al.  
Docket No. 07-CV-3856

Dear Sirs,

*[Handwritten stamp/note: MEMO ENDORSED / Application Granted / So Ordered / Dec 12, 2007 / Charles L. Brieant USDJ]*

Enclosed please find another copy of Plaintiff's Rule 26(a) Initial Disclosures and Plaintiff's Interrogatories and Requests for Production of Documents to both Wal-Mart and Cott Beverages, which was previously sent to your predecessor.

This letter will also confirm our agreement to extend the discovery dates to the second week of January and extend the date to complete the depositions to the first week of March, subject to Court approval.

If you have any questions, please feel free to contact me.

Sincerely,

Shmuel Klein  
za

Enclosures

cc: Honorable Charles L. Brieant