IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------X    No. 07 Civ 3856 (SCR)
SISLYN DYKE

Plaintiff,                                CONSENT TO CHANGE
Vs.                                       ATTORNEY

WALMART STORES, INC.,
COTT BEVERAGES INC.,
JOHN DOE 1-10, XYZ, INC. 1-10:
Ten names being fictitious and
Unknown to the plaintiff, the person
Or parties intended being the persons
Or parties, if any,

Defendant
------------------------------------X

IT IS HEREBY CONSENTED that the Law Offices of COSTELLO, SHEA &

GAFFNEY, 44 Wall Street, New York, NY 10005 be substituted as attorneys of record for

Defendants, WALMART STORES, INC., and COTT BEVERAGES INC., in the above-

entitled matter, in place and stead of COZEN O'CONNOR, 45 Broadway, New York, NY 10006

as of the date hereof.

Dated: New York, New York
       November 16, 2007

COZEN O'CONNOR                          COSTELLO, SHEA & GAFFNEY
Out-Going Attorneys for WALMART         In-Coming- Attorneys for Defendant
STORES, INC., and COTT                  WALMART STORES, INC., and COTT
BEVERAGES INC                           BEVERAGES INC.
45 Broadway – 16th Floor                44 Wall Street
New York, New York 10006                New York, NY 10005
212. 509-9400                           212.483.9600

By: _Vincent P. Pozzuto_                By: _Frederick N. Gaffney_
    VINCENT P. POZZUTO (VP7168)             FREDERICK N. GAFFNEY

                                        11/28/07

COTT BEVERAGES INC.                    WALMART STORES, INC.

By: /s/                                By _____

NEWYORK_DOWNTOWN\269113\1 099994.000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X   No. 07 Civ 3856 (SCR)
SISLYN DYKE

Plaintiff,                                              CONSENT TO CHANGE
Vs.                                                     ATTORNEY

WALMART STORES, INC.,
COTT BEVERAGES INC.,
JOHN DOE 1-10, XYZ, INC. 1-10:
Ten names being fictitious and
Unknown to the plaintiff, the person
Or parties intended being the persons
Or parties, if any,

Defendant
---------------------------------------------------X

    IT IS HEREBY CONSENTED that the Law Offices of COSTELLO, SHEA & GAFFNEY, 44 Wall Street, New York, NY 10005 be substituted as attorneys of record for Defendants, WALMART STORES, INC., and COTT BEVERAGES INC., in the above-entitled matter, in place and stead of COZEN O'CONNOR, 45 Broadway, New York, NY 10006 as of the date hereof.

Dated: New York, New York
       November 16, 2007

| COZEN O'CONNOR | COSTELLO, SHEA & GAFFNEY |
|---|---|
| Out-Going Attorneys for WALMART STORES, INC., and COTT BEVERAGES INC | In-Coming- Attorneys for Defendant WALMART STORES, INC., and COTT BEVERAGES INC. |
| 45 Broadway – 16th Floor | 44 Wall Street |
| New York, New York 10006 | New York, NY 10005 |
| 212. 509-9400 | 212.483.9600 |
| By: _____ | By: _____ |
| VINCENT P. POZZUTO (VP 7165) | FREDERICK N. GAFFNEY |

COTT BEVERAGES INC.                    WALMART STORES, INC.

By:_____             By_____

NEWYORK_DOWNTOWN\269113\1 099994.000

2