UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COSTELLO, SHEA & GAFFNEY, LLP
Attorneys for Defendants, WAL-MART STORES
EAST, L.P. i/s/h/a WALMART STORES, INC.
and COTT BEVERAGES INC.
440 Wall Street, 11th Floor
New York, New York 1000
242653.1

-----------------------------------------------------------------x

SISLYN DYKE,

                                            **NOTICE OF APPEARANCE**

                Plaintiff,

        -against-                       07CIV3856 (CLUB)

WALMART STORE, INC.
COTT BEVERAGES INC.
JOHN DOE 1-10, XYZ, INC. 1-10:
ten names being fictitious and unknown
to the Plaintiff, the person or parties
intended being the persons or parties, if any,

                Defendants.
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that Alan T. Blutman of Costello, Shea & Gaffney, LLP hereby appears on behalf of defendants WAL-MART STORES EAST, L.P i/s/h/a WALMART STORES, INC. and COTT BEVERAGES INC. in the above entitled action and pursuant to the Federal Rules of civil procedure request that all notices in this case and all papers served or required to be served be noticed to Costello, Shea & Gaffney, LLP, 44 Wall Street, 11th Floor, New York, New York 10005.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only notices and papers referred to in the rules, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone electronic or otherwise.

Dated: New York, New York
April 9, 2008

Yours, etc.

**COSTELLO, SHEA & GAFFNEY LLP**

By:_____
ALAN T. BLUTMAN, ESQ. (AB-8215)
ALAN RODETSKY, ESQ. (AR-2663)
Attorneys for Defendants
WAL-MART STORES EAST, L.P.
i/s/h/a WALMART STORES, INC.
and COTT BEVERAGES INC.
44 Wall Street
New York, New York 10005
(212) 483-9600
Email ABLUTMAN @ CSGLLPLAW.COM
Our File No. 12881