# COSTELLO, SHEA & GAFFNEY LLP

## ATTORNEYS-AT-LAW

44 WALL STREET
NEW YORK, NEW YORK 10005
(212) 483-9600
FAX (212) 344-7680

**MEMBERS OF THE FIRM**
FREDERICK N. GAFFNEY
STEVEN E. GARRY
PAUL E. BLUTMAN
WILLIAM A. GOLDSTEIN*
ALAN T. BLUTMAN
MARGARET S. O'CONNELL
DAVID N. ZANE
PATRICK G. REIDY**
MICHAEL J. MORRIS

NASSAU COUNTY OFFICE
100 MERRICK ROAD
EAST BUILDING
ROCKVILLE CENTRE, N.Y. 11570
TEL (516) 764-9090
FAX (516) 764-9104

SUFFOLK COUNTY OFFICE
GRIFFING AVENUE BUILDING
80 WEST MAIN STREET
RIVERHEAD, N.Y. 11901
TEL (631) 369-3303

NEW JERSEY OFFICE
850 U.S. HIGHWAY ROUTE 1
NORTH BRUNSWICK, N.J. 08902
TEL (732) 745-9144

*ADMITTED TO PRACTICE IN NEW YORK AND NEW JERSEY
**ADMITTED TO PRACTICE IN NEW YORK AND CONNECTICUT

May 28, 2008

**MEMO ENDORSED**

**VIA FACSIMILE**
Magistrate Judge Mark D. Fox
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, NY 10601

Docket in case # 07 CV 3856
As: STIP OF SETTLEMENT
Date: 05/29/08    MDF/USMJ

Re: Sislyn Dyke v. Walmart Stores, Inc., Cott Beverages Inc., et al.
Case No.: 07-03856 (CLB) (MDF)
Our File No.: 12881

Dear Magistrate Judge Fox:

Please be advised that the above-captioned matter has settled in full, wherein plaintiff's counsel has also agreed that plaintiff would be responsible to satisfy all outstanding liens, if any, and to hold the defendants harmless concerning same and has agreed that the settlement is contingent upon the execution of a Stipulation of Confidentiality concerning said settlement.

Based on the above and pursuant to my phone conference with your secretary on this date, this is to confirm that the phone conference scheduled for May 29, 2008 will not be necessary given the settlement of the lawsuit.

At this time, I would like to thank you for your courtesy and consideration throughout the

*[Handwritten endorsement in left margin:] Case settled. Clerk to close case. So Ordered. 5/28/08 MARK D. FOX United States Magistrate Judge Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

COSTELLO, SHEA & GAFFNEY LLP

Magistrate Judge Mark D. Fox
May 28, 2008
Page 2

pendency of this litigation.

    If you wish to discuss any of the above in greater detail, please do not hesitate to contact the undersigned.

Respectfully yours,

COSTELLO, SHEA & GAFFNEY LLP

By: _____
    ALAN T. BLUTMAN

ATB/js

cc: **VIA FACSIMILE**
    Law Office of Shmuel Klein, P.C.
    268 West Route 59
    Spring Valley, New York 10977