UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

SISLYN DYKE

Case No. 07-CV-7130

Plaintiff
     -Against –

STIPULATION DISCONTINUING
ACTION AGAINST WALMART
STORES, INC. & COTT
BEVERAGES, INC.

WALMART STORES, INC. &
COTT BEVERAGES, INC..

Defendant(s)

-------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and upon payment of the confidential settlement amount by Defendant to Counsel for Plaintiff. the attorneys of record for the Plaintiff and for the Defendants Walmart Stores, Inc. & Cott Beverages, Inc. to the above entitled action, that whereas no party signing the stipulation is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, as against Walmart Stores. Inc. & Cott Beverages, Inc. without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: June 11, 2008

_____
Shmuel Klein, Esq.
Attorney for Plaintiff
Law Office of Shmuel Klein, P.C.
268 Route 59
Spring Valley, New York 10977

/s/
_____
Alan Blutman, Esq.
Attorney for Defendants
Costello, Shea & Gaffney LLP
44 Wall Street
New York, NY 10005